Fill in this information to identify your case:

United States Bankruptcy Court for the:

Western District of Oklahoma

Case number (If known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**

Qitek Labs of Oklahoma, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

85-1300469

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3636 Northwest 63rd Street | 525 Tribble Gap Road |
| Number   Street | Number   Street |
| Ste. C | PO Box 869 |
| | P.O. Box |
| Oklahoma City   OK   73116 | Cumming   GA   30028 |
| City   State   ZIP Code | City   State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Oklahoma County | |
| County | Number   Street |
| | |
| | City   State   ZIP Code |

**5. Debtor's website (URL)**

www.QitekLabs.com

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor   Qitek Labs of Oklahoma, LLC _____   Case number (if known)_____
             Name

7. **Describe debtor's business**

   A. *Check one:*
   - ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
      621511

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☑ Chapter 11. *Check all that apply:*
     - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☑ No
   ☐ Yes. District _____ When ___/___/_____ Case number _____
                                      MM / DD / YYYY
              District _____ When ___/___/_____ Case number _____
                                      MM / DD / YYYY

   If more than 2 cases, attach a separate list.

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☑ No
    ☐ Yes. Debtor _____ Relationship _____
           District _____ When ___/___/_____
                                              MM / DD / YYYY
           Case number, if known _____

    List all cases. If more than 1, attach a separate list.

Official Form 201           Voluntary Petition for Non-Individuals Filing for Bankruptcy           page 2

Debtor   Qitek Labs of Oklahoma, LLC
         Name                                                          Case number (if known) _____

### 11. Why is the case filed in *this district*?

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

### 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                       Number      Street

_____
City                    State    ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

### Statistical and administrative information

### 13. Debtor's estimation of available funds

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors

☑ 1-49          ☐ 1,000-5,000      ☐ 25,001-50,000
☐ 50-99         ☐ 5,001-10,000     ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000    ☐ More than 100,000
☐ 200-999

### 15. Estimated assets

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☑ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor    Qitek Labs of Oklahoma, LLC _____    Case number (if known) _____
          Name

| 16. Estimated liabilities | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

WARNING --    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/11/2023
               MM/ DD/ YYYY

X   /s/ Zachary Husk _____          Zachary Husk _____
    Signature of authorized representative of debtor    Printed name

Title _____ CEO and Owner _____

18. Signature of attorney

X   _____ /s/ Amanda R. Blackwood _____    Date   08/11/2023
    Signature of attorney for debtor                             MM/ DD/ YYYY

Amanda R. Blackwood _____
Printed name

Blackwood Law Firm, PLLC _____
Firm name

512 NW 12th Street _____
Number      Street

Oklahoma City _____        OK _____    73103 _____
City                                         State       ZIP Code

(405) 309-3600 _____        amanda@blackwoodlawfirm.com _____
Contact phone                                 Email address

33839 _____                 OK _____
Bar number                                    State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

**Fill in this information to identify the case:**

Debtor name: Qitek Labs of Oklahoma, LLC

United States Bankruptcy Court for the: Western District of Oklahoma

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | Jim Moore<br>4518 East Bajada Road<br>Cave Creek, AZ, 85331 | | Employee - Compensation | | | | 200,000.00 |
| 2 | Customicro, LLC<br>10900 North Scottsdale Road<br>Ste. 403<br>Scottsdale, AZ, 85254 | Sarah Simmers<br>480-286-3746<br>sarah@customedico.com | Services | | | | 51,375.00 |
| 3 | Clinisys<br>3300 East Sunrise Drive<br>Tucson, AZ, 85718 | Kyle Huber<br>520-570-2098<br>ar-us@clinisys.com | Services | | | | 31,171.85 |
| 4 | Telcor Inc.<br>7101 A Street<br>Lincoln, NE, 68510 | Kwami Edwards<br>402-489-1207<br>accounting2@telcor.com | | | | | 17,819.01 |
| 5 | Arkstone<br>7000 W. Palmetto Park Rd<br>Boca Raton, FL, 33433 | Sol Levi<br>212-203-1102<br>slevi@arkstonemedical.com | Suppliers or Vendors | | | | 16,260.00 |
| 6 | FWR Partners Owner, LLC<br>c/o Somerset Properties, Inc.<br>768 N. Bethlehem Pike, Ste. 203<br>Ambler, PA, 19002 | Rose Bloss<br>267-460-5658<br>rbloss@somprop.com | Landlord | | | | 12,420.70 |
| 7 | Wave RCM<br>180 Main Street<br>Ste. 47<br>Butler, NJ, 07405 | Kyle Truax | Collection Agency | | | | 4,467.50 |
| 8 | UPS<br>PO Box 650116<br>Dallas, TX, 75265-0116 | | Suppliers or Vendors | | | | 4,287.50 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor: Qltek Labs of Oklahoma, LLC

Case number (if known): _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | CI Web Design<br>25595 Rouge River Dr<br>Dearborn Heights, MI, 48127 | Cornel Ivanescu<br>313-399-6201<br>cornel@ignitemedicaltech.com | Suppliers or Vendors | | | | 3,874.00 |
| 10 | Low Profile Investments, LLC<br>4334 Northwest Expressway<br>Ste. 243<br>Oklahoma City, OK, 73116 | Greg Pentz<br>405-532-4706<br>greg@pmrcentral.com | Landlord | | | | 3,032.49 |
| 11 | Cross Technologies, Inc.<br>dba Cross Precision Measurement<br>PO Box 746284<br>Atlanta, GA, 30374-6284 | | Suppliers or Vendors | | | | 1,624.00 |
| 12 | Lifetime Sciences<br>4037 Rural Plains Circle<br>Ste. 150<br>Franklin, TN, 37064 | 615-550-5880 | Suppliers or Vendors | | | | 1,523.89 |
| 13 | T. J. West Bearden Partnership<br>312 Nancy Lynn Lane<br>Ste. 1<br>Knoxville, TN, 37919 | Alan Dunlap<br>865-804-5383<br>adunlap@tjdev.com | Landlord/Rent | | | | 840.74 |
| 14 | Center for Medicare & Medicaid Services<br>7500 Security Boulevard<br>Windsor Mill, MD, 21244 | | | Disputed<br>Unliquidated<br>Contingent | | | 0.00 |
| 15 | Qlarant Integrity Solutions, LLC<br>28464 Marlboro Avenue<br>Easton, MD, 21601 | | | Disputed<br>Unliquidated<br>Contingent | | | 0.00 |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

ARKSTONE
7000 W PALMETTO PARK RD
BOCA RATON FL 33433


ARKSTONE
135 ROCKAWAY TURNPIKE
STE 111
LAWRENCE NY 11559


BIOGEN PCR
4375 RIVER GREEN PARKWAY
STE 200
DULUTH GA 30096


CO ADAM GOLD  ECC  ASSOCIATES
26 RAILROAD AVE 117
BABYLON NY 11702


CENTER FOR MEDICARE  MEDICAID SERVICES
7500 SECURITY BOULEVARD
WINDSOR MILL MD 21244


CI WEB DESIGN
25595 ROUGE RIVER DR
DEARBORN HEIGHTS MI 48127


CLINISYS
3300 EAST SUNRISE DRIVE
TUCSON AZ 85718


CROSS TECHNOLOGIES INC
DBA CROSS PRECISION MEASUREMENT
PO BOX 746284
ATLANTA GA 303746284


CUSTOMICRO LLC
10900 NORTH SCOTTSDALE ROAD
STE 403
SCOTTSDALE AZ 85254


FWR PARTNERS OWNER LLC
CO SOMERSET PROPERTIES INC
768 N BETHLEHEM PIKE STE 203
AMBLER PA 19002


GEORGIA DEPARTMENT OF LABOR
148 ANDREW YOUNG INTER BLVD
ROOM 738
ATLANTA GA 303030000

GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION ARCS  BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345


INTERNAL REVENUE SERVICE
CIO
PO BOX 7346
PHILADELPHIA PA 191017346


JIM MOORE
4518 EAST BAJADA ROAD
CAVE CREEK AZ 85331


LIFETIME SCIENCES
4037 RURAL PLAINS CIRCLE
STE 150
FRANKLIN TN 37064


LOW PROFILE INVESTMENTS LLC
4334 NORTHWEST EXPRESSWAY
STE 243
OKLAHOMA CITY OK 73116


OKLAHOMA TAX COMMISSION
OKLAHOMA CITY OK 73194


QLARANT INTEGRITY SOLUTIONS LLC
28464 MARLBORO AVENUE
EASTON MD 21601


T J WEST BEARDEN PARTNERSHIP
312 NANCY LYNN LANE
STE 1
KNOXVILLE TN 37919


TELCOR INC
7101 A STREET
LINCOLN NE 68510


TENNESSEE DEPARTMENT OF REVENUE
500 DEADERICK STREET
NASHVILLE TN 37242


U S SECURITIES AND EXCHANGE COMMISSION
OFFICE OF REORGANIZATION STE 900
950 E PACES FERRY ROAD NE
ATLANTA GA 303261382


UNITED STATES ATTORNEY GENERAL
CO MERRICK GARLAND US DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530

UNITED STATES ATTORNEY CIVIL PROCESS CLERK
600 RICHARD B RUSSELL BUILDING
75 TED TURNER DRIVE SW
ATLANTA GA 30303


UPS
PO BOX 650116
DALLAS TX 752650116


WAVE RCM
180 MAIN STREET
STE 47
BUTLER NJ 07405

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY DIVISION

IN RE: Qitek Labs of Oklahoma, LLC

CASE NO

CHAPTER 11

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ____08/11/2023____   Signature _____/s/ Zachary Husk_____
                                          Zachary Husk, CEO and Owner

**U.S. BANKRUPTCY COURT**
**DISTRICT OF** Oklahoma - Western

In re: **Qitek Labs of Oklahoma, LLC**   Debtor(s)   Case No. _____

## DEBTOR'S ELECTRONIC NOTICING REQUEST (DeBN)

**CHECK ONLY ONE BOX FOR THE APPLICABLE SECTION BELOW:**

☒ **INITIAL REQUEST:** (Check this box to begin receiving notices and orders from the U.S. Bankruptcy Court via email)

Pursuant to Federal Rules of Bankruptcy Procedure 9036, I hereby request receipt of court notices and orders via email, instead of U.S. mail, from the Bankruptcy Noticing Center (BNC) through the U.S. Bankruptcy Court's Debtor Electronic Bankruptcy Noticing (DeBN) program.

I understand that this request is limited to receipt of only notices and orders filed by the U.S. Bankruptcy Court. I will continue to receive documents filed by all other parties, such as the trustee and creditors, via U.S. mail or in person pursuant to court rules.

I understand that I will receive electronic notice of any documents filed by the court in any current or future bankruptcy or adversary case from any bankruptcy court district in which I am listed with the same name and address, including cases where I am listed as a creditor.

I understand that the first time the BNC receives an email bounce-back (undeliverable email), my DeBN account will be automatically disabled. I will then receive notices and orders via U.S. mail, and I must file an updated request form if I wish to reactivate my account.

I understand that enrollment in DeBN is completely voluntarily, and I may file a request to deactivate my account at any time.

I understand that if I already have an active electronic noticing account, that account will be deactivated by creating this DeBN account.

☐ **UPDATE TO ACCOUNT INFORMATION:** (Check this box to make changes to your existing DeBN account)

I request the following update(s) to my DeBN account:

☐ I have a new email address as indicated below.

☐ I filed a new bankruptcy case, and I have an existing DeBN account. Please review my account to ensure my name and address in my account match this new case.

☐ I request reactivation of my DeBN account so that I may receive court notices and orders via email, instead of U.S. mail.

☐ **REQUEST TO DEACTIVATE ELECTRONIC NOTICING:** (Check this box to request deactivation of your DeBN account)

I request deactivation of my DeBN account. I understand that by deactivating my account, I will begin receiving notices and orders filed by the U.S. Bankruptcy Court via U.S. mail, instead of email.
I understand that I will continue to receive electronic notices until such time as the Court has deactivated my account.

*I am a debtor in this bankruptcy case, or the debtor's authorized representative if the debtor is a business, and I have read the applicable section check-marked above and understand and agree to the terms and conditions set forth therein. I certify under perjury that the information I am submitting to register for electronic notice is true and correct. Neither the U.S. Bankruptcy Court nor the BNC bears any liability for errors resulting from the information I have submitted on this form.*

**NOTE: Joint debtors and debtors who already have a DeBN account must file separate request forms for an** *  ZRH
**initial request, account updates and to request account deactivation.**

Signature: /s/ _____   Date: 08/10/2023  8/11/2023
Printed Name (and title if not the debtor): Qitek Labs of Oklahoma, LLC, Debtor
Email Address (type or print clearly): zhusk@qiteklabs.com
Enter Email address again: zhusk@qiteklabs.com